James P. Menton, Jr. (State Bar No. 159032)
jmenton@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff Development Specialists Inc., solely in its capacity as assignee for the benefit of creditors of Contessa Premium Foods, Inc.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVELOPMENT SPECIALIST, INC., solely in its capacity as assignee for the benefit of creditors of Contessa Premium Foods, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>ASVINI FISHERIES PRIVATE LIMITED aka ASVINI FISHERIES PVT., LTD, an Indian business entity form unknown; and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No. 2:16-cv-01035-CAS-FFM<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation of Dismissal with Prejudice made between Plaintiff Development Specialist Inc., solely in its capacity as assignee for the benefit of creditors of Contessa Premium Foods, Inc., on the one hand, and defendant Asvini Fisheries Private Limited aka Asvini Fisheries Pvt., Ltd., an Indian corporation, erroneously sued herein as Asvini Fisheries Private Limited aka Asvini Fisheries Pvt., Ltd., an Indian business entity form unknown, on the other hand, by and through their attorneys of record in the above-captioned action (the "Action"), and good cause thereon,

61175957.1

1.    The Action is dismissed in its entirety with prejudice, with each party to bear its own costs and attorney's fees.

2.    The Action is closed.

**IT IS SO ORDERED.**

Dated: February 18, 2016

_____
Hon. Christina A. Snyder
United States District Judge